# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00341-CR

**Joseph Manson, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NO. D-1-DC-06-904022, HONORABLE BOB PERKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Joseph Manson seeks to appeal from judgments of conviction for burglary of a habitation. The trial court has certified, and the record confirms, that Manson waived his right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: July 11, 2006

Do Not Publish